■ SOCIETY OF THE NEW YORK HOSPITAL, Respondent, v STEPHANIE SAN FILIPPO, Appellant. SOCIETY OF THE NEW YORK HOSPITAL, Respondent, v ROSEMARY BRANAGAN, Appellant. — Order, Appellate Term, Supreme Court, First Department, entered on August 18, 1982, unanimously reversed, without costs and without disbursements, to reinstate the order of Civil Court of the City of New York, New York County (Sparks, J.), entered on December 15, 1981, for the reasons stated in the dissenting opinion by Hughes, J., at Appellate Term. Concur — Murphy, P. J., Ross, Asch, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH VILLAR, Appellant. — Judgment, Supreme Court, New York County (B. Roberts, J.), rendered on March 14, 1979, unanimously affirmed. Concur — Kupferman, J. P., Sullivan, Silverman and Bloom, JJ.
  Carro, J., affirms on constraint of *People v Osorio* (86 AD2d 233).